**Order entered February 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01083-CV

**MICHAEL D. HEATLEY, HEATLEY CAPITAL CORPORATION, AND HC DEVELOPERS, LLC, Appellants**

**V.**

**RED OAK 86, LP. AND CHARLES JOHNSON, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-09010**

## ORDER

On December 18, 2018, we ordered court reporter Vielica Dobbins to file, within twenty days, the reporter's record, written verification no hearings were recorded, or written verification appellants had not paid or made arrangements to pay for the record. To date, however, Ms. Dobbins has not responded.

Because the record was first due October 27, 2018 and the appeal cannot proceed without the issue of the record being resolved, we **ORDER** Ms. Dobbins to file, **no later than February 19, 2019,** the record or requested verification. *We caution Ms. Dobbins that failure to comply may result in an order she not sit as a reporter until she complies.*

/s/    KEN MOLBERG
        JUSTICE